UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**TRAVIS WAYNE BOUCHER**　　　　　　　　　　　　Case No. **10-05034-BKC-3G7**
**TRISH ELAINE BOUCHER**

　　　　　**Debtor(s).**
_____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

　　Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

　　If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

　　The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 3 rifles, shotgun, muzzle loader, compound bow, fishing tackle ($700.00), and 2002 Chevrolet Silverado ( $3,500.00), VIN - 1GCHK29U42E111543, for the sum of $4,200.00, which has been received. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

　　The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

　　Dated October 24, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ signature_____
　　　　　　　　　　　　　　　　　　　　　　　GREGORY K. CREWS, Trustee
　　　　　　　　　　　　　　　　　　　　　　　8584 Arlington Expressway
　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32211
　　　　　　　　　　　　　　　　　　　　　　　(904) 354-1750
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 172772

　　Mailed to creditors and parties in interest on October 24, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**TRAVIS WAYNE BOUCHER**  Case No. **10-05034-BKC-3G7**
**TRISH ELAINE BOUCHER**

_____ **Debtor(s).** _____

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 24, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-05034-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Oct 24 14:17:48 EDT 2011 | AT&T Univesal Citicards<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Adorno & Yoss<br>1625 S Congress Ave, Ste 300<br>Delray Beach, FL 33445-6304 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | Advanta Bank Corp in receivership of FDIC<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Ames<br>PO Box 100029<br>Duluth, GA 30096-9429 |
| Bank of America<br>FL9-600-02-26<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 | Bank of America/<br>FIA Card Services<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Travis Wayne Boucher<br>8510 SW 158th Lane<br>Dunnellon, FL 34432-7378 |
| Trish Elaine Boucher<br>8510 SW 158th Lane<br>Dunnellon, FL 34432-7378 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Citicards/Citibank<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 |
| Joshua D Donnelly<br>Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Embarq<br>P.O. Box 96064<br>Charlotte, NC 28296-0064 | Embarq Florida Incorporated<br>%CenturyLink Bankruptcy<br>PO Box 165000<br>Altamonte Springs, Fl 32716-5000 |
| Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | George Albright TaxCollector<br>P.O. Box 970<br>Ocala, FL 34478-0970 | Green Tree Serving L.L.C. Servicer For Orgin<br>Law Offices Of Daniel C. Consuegra<br>c/o Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| GreenTree<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | Home Depot/Citibank<br>P.O. Box 653000<br>Dallas, TX 75265-3000 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV Funding, LLC<br>P.O. Box 10584<br>Greenville, SC 29603-0584 | Munroe Regional Med Ctr/<br>Munroe Reg Health System<br>P.O. Box 6000<br>Ocala, FL 34478-6000 |

| | | |
|---|---|---|
| Origen Financial, LLC<br>345 St Peter St<br>Saint Paul, MN 55102-1211 | Plaza Associates<br>370 Seventh Ave, Ste 1200<br>New York, NY 10001-3982 | Premium Assignment Corp<br>403 West Brandon Blvd<br>Brandon, FL 33511-5001 |
| Revenue Systems, Inc<br>28870 US 19 N<br>Clearwater, FL 33761-2596 | Sam's Club/GE Money Bank<br>Attn: Bankruptcy Dept<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Shands at Univ. of Florida<br>Shands Healthcare<br>P.O. Box 31240<br>Tampa, FL 33631-3240 |
| Fawn Singletary<br>2600 SE Lake Weir Avenue<br>Ocala, FL 34471-6721 | SunTrust<br>Consumer Loan Payments<br>P.O. Box 791144<br>Baltimore, MD 21279-1144 | SunTrust Bank<br>Attn:Support Services<br>PO BOX 85092<br>Richmond, VA 23285-5092 |
| SunTrust Bank<br>P.O. Box 622227<br>Orlando, FL 32862-2227 | SunTrust Banks<br>1001 Semmes Ave, 6th Floor<br>Richmond, VA 23224-2245 | Tax Collector, Marion County<br>P.O. Box 970<br>Ocala, FL 34478-0970 |
| The Brachfeld Law Group PC<br>880 Apollo St, Ste 155<br>El Segundo, CA 90245-4783 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX 7 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta Bank Corp<br>P.O. Box 30715<br>Salt Lake City, UT 84130 | (d)Capital One<br>P.O. Box 5155<br>Norcross, GA 30091 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Advanta Bank Corp in receivership of FDIC<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (u)Paul M. Glenn<br>Jacksonville | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     2<br>Total                   47 |